IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-10-BU-DLC-10 |
| Plaintiff, | |
| vs. | ORDER |
| FREDDIE LEE CARTER, | |
| Defendant. | |

Before the Court is counsel for Defendant, Jill Gannon Nagle's, Motion to Withdraw and Request Appointment for Substitute Counsel. (Doc. 274.) The basis for this Motion is that counsel has an ethical conflict of interest in continuing to represent Mr. Carter. (*Id.* at 1.) Mr. Carter is not the cause of this conflict. (*Id.*) The Court agrees that new counsel should be appointed to represent Mr. Carter moving forward.

Accordingly, IT IS ORDERED that the Motion (Doc. 274) is GRANTED. Jill Gannon-Nagle is withdrawn and relieved from all legal duties to Freddie Lee Carter.

IT IS FURTHER ORDERED that substitute CJA panel attorney Larry Mansch is hereby appointed to represent Defendant at every stage of the

1

proceedings from the *nunc pro tunc* date of October 21, 2025 through disposition, including all ancillary matters appropriate to the proceedings pursuant to 18 U.S.C. § 3006A.

|  |  |
|---|---|
| Name: | Larry D. Mansch |
|  | Snyder, Beaudry & Cook P.C. |
| Address: | 111 N Higgins Avenue |
|  | Missoula, MT |
|  | 406-837-4383 |

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 3006, if investigation reveals that Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States on all or part of the defense costs expended on his behalf.

DATED this 22nd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

2